**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | **Wendell Cautrell , Individually and behalf of the statutory beneficiaries; Estate of Samuel James Cautrell , Personal Representative;** | **Defendant**(s): | **City of Nogales , a municipal entity; Manuel Stimans , individually and in his official capacity; Carlos Jimenez , individually and in his official capacity;** |

County of Residence: Outside the State of Arizona

County of Residence: Santa Cruz

County Where Claim For Relief Arose: Santa Cruz

Plaintiff's Atty(s):

**Charles Slack-Mendez , Attorney for Plaintiffs**
Slack-Mendez Law Firm
2710 South Rural Road
Tempe, AZ  85282
4808291166

**Breann Elizabeth Slack , Attorney for Plaintiff**
Slack-Mendez Law Firm
2710 South Rural Road
Tempe, Arizona  85282
4808291166

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>:   **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-   **N/A**

Defendant:-   **N/A**

<u>IV. Origin</u> :   **1. Original Proceeding**

<u>V. Nature of Suit</u>:   **440 Other Civil Rights**

<u>VI.Cause of Action:</u>   **Plaintiffs bring this action pursuant to 42 USC § 1983 and § 1988 for violations of the Fourth and Fourteenth Amendment to the United States Constitution and under the law of the State of Arizona, against: City of Nogales, Arizona, Officer Manuel Stimans (hereinafter "Defendant Stimans"), individually, and in his official capacity as a police officer with the City of Nogales Police Department, and Carlos Jimenez, individually and in his official capacity as Nogales Police Chief.**

<u>VII. Requested in Complaint</u>

Class Action:   **No**

Dollar Demand:

Jury Demand: Yes

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Charles J. Slack-Mendez</u>

**Date:** <u>12/1/2025</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014